UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:

EDWARD J. BRONSON,

Debtor.

Chapter 13

Case No. 16-23498-ast

**AFFIDAVIT OF DAWN BRONSON IN SUPPORT OF APPLICATION FOR AN ORDER (A) ENFORCING THE AUTOMATIC STAY OF 11 U.S.C. §362(a), AND (B) SCHEDULING A HEARING TO ESTABLISH AN AWARD OF DAMAGES FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(k)(1)**

STATE OF NEW YORK )
                  ) SS:
COUNTY OF WESTCHESTER )

Dawn Bronson, duly sworn, deposes and says:

1. I am over the age of 18 and reside in Westchester, New York. I am the wife of the Edward J. Bronson, the debtor herein and am fully familiar with the facts and circumstances stated herein.

2. I am the sole owner and officer of V2IP, Inc. ("V2IP"), which I incorporated in the State of Delaware in March, 2009. Through V2IP, I conduct certain securities trading

activities. V2IP maintains a brokerage account at Alpine Securities ("Alpine") for the purpose of conducting trading.

3. V2IP has one employee, Adam Didia. Other than Mr. Didia and myself, no one else has trading authority in V2IP's Alpine account. All assets in V2IP and its Alpine account are owned by V2IP. My husband, does not have any interest in V2IP or any assets in its Alpine account.

4. I am the sole income source for my household, which consists of myself, Mr. Bronson and our four children, ages 4 through 13.

5. On October 24, I was informed by Alpine that it was served a with restraining notice by Mark Grober and Evan Solomon ("Grober and Solomon"), which sought to restrain assets belonging to, among others, myself and V2IP. Alpine informed me that as a result of this restraining notice, it had frozen my V2IP trading account.

6. As a result of the order to show cause obtained by Grober and Solomon, my Alpine trading account remains frozen. I, therefore, have no income to support my family.

7. The foregoing is true and correct to the best of my knowledge after due inquiry.

*/s/ Dawn Bronson*
Dawn Bronson
November 7, 2016