Paul A. Rachmuth  
Attorney at Law  
265 Sunrise Highway, Ste. 62  
Rockville Centre, New York  11570  
Telephone: (516) 330-0170  
Facsimile:  (516) 544-0516  
paul@paresq.com

Counsel for the Debtor

Hearing Date: Nov. 18, 2016  
10:00 am

Objection Deadline: Nov.16, 2016  
Noon

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> EDWARD J. BRONSON, <br><br> Debtor. | Chapter 7 <br><br> Case No. 16-23498-rdd |

## NOTICE OF HEARING ON APPLICATION TO ENFORCE THE AUTOMATIC STAY

PLEASE TAKE NOTICE, that a hearing shall be held on the Debtor's Application for an Order to Enforce the Automatic Stay (Docket No. 12, the "Application"), in the Courtroom 118 in front of Hon. Robert D. Drain, located at 300 Quarropas Street, White Plains, NY 10601 on the 18th day of November, 2016, at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE, Objections to the Application, if any, shall be in writing, shall conform to the Bankruptcy Code, the Bankruptcy Rules and Local Rules of the Bankruptcy Court, shall set forth the name of the respondent, the basis for the objection, and the specific grounds therefore, and shall be filed and served upon: (i) Paul A. Rachmuth, Attorney at Law, at the address listed below (ii) Mark S. Tulis, Esq., Chapter 7 Trustee, Tulis Wilkes Huff & Geiger LLP, 220 White Plains Road, Tarrytown, NY 10591, (iii) all parties who have appeared in

this case,; and (iv) and served on the Court via email at: rdd.chambers@nysb.uscourts.gov, all so as to actually be received no later than NOVEMBER 16, 2016 at Noon.

PLEASE TAKE FURTHER NOTICE, if no responses are timely filed and received, the Bankruptcy Court may grant the Application on the Hearing Date. Responding parties are required to attend on the Hearing Date and failure to appear may result in relief being granted or denied upon default.

Dated: November 9, 2016
       Rockville Centre, New York

                              /s/ Paul A. Rachmuth
                              PAUL A. RACHMUTH (PR1566)
                              Attorney at Law
                              265 Sunrise Highway, Ste. 62
                              Rockville Centre, New York 11570
                              Telephone: (516) 330-0170
                              Facsimile: (516) 543-0516
                              Paul@PAResq.com

                              Attorney for the Debtor