# TULIS WILKES HUFF & GEIGER LLP

220 White Plains Road
2nd Floor
Tarrytown, New York 10591
(914) 747-4400

Telecopier Number (914) 460-8685

Thomas M. Geiger <u>Paralegal</u>
Mark S. Tulis Pamela G. Pucci

April 20, 2017

Mr. Eddie Andino
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Edward Jonathan Bronson
               Case No. 16-23498 (RDD)

Dear Eddie,

    Please set a claims bar date for the above-referenced case. We are in the process of collecting funds in this matter and wish to be able to close the case as soon as possible.

    If you have any questions, please do not hesitate to contact me.

                                  Very truly yours,

                                  <u>/s/ Pamela G. Pucci</u>
                                  Pamela G. Pucci
                                  Paralegal