# Exhibit B

**From:** Kazan, Barry
**Sent:** Thursday, October 26, 2017 3:53 PM
**To:** 'Paul Rachmuth'
**Cc:** Fritz, Maranda; 'mtulis.trustee@gmail.com'
**Subject:** Bronson

Paul,

You never responded to this e-mail with whether your client consented or not.  Based on your earlier representations in the attached e-mail that you had consented, I think it would be inappropriate for you to take a contrary position.  Accordingly, I have attached a stipulation I am asking for your consent on consistent with the other extensions.  Please advise your position so I make the appropriate application to the Court in the event that you are not consenting.


**Barry M. Kazan** | Partner | **Thompson Hine LLP**
335 Madison Avenue, 12th Floor | New York, NY 10017
**Office:** 212.908.3921 | **Alternate:** 212.344.5680
**Fax:** 212.344.6101 | **Email:** Barry.Kazan@ThompsonHine.com
**Web:** http://www.ThompsonHine.com


**From:** Paul Rachmuth [mailto:paul@paresq.com]
**Sent:** Wednesday, August 02, 2017 11:09 AM
**To:** Kazan, Barry
**Cc:** Fritz, Maranda
**Subject:** RE: In_re_Bronson_-_Stip_Extending_Time_to_Object_to_Discharge

Barry,

Based on a review of the docket, I believe your clients' time to object to discharge or dischargability expired on April 29, 2017.  I will check with my client, but I do not expect he will be willing to extend their deadlines now.

PAR

Paul A. Rachmuth
Attorney at Law
265 Sunrise Highway, Ste. 62
Rockville Centre, New York 11570
Telephone: (516) 330-0170
Facsimile:  (516) 543-0516
paul@paresq.com

---

**From:** Kazan, Barry [mailto:Barry.Kazan@thompsonhine.com]
**Sent:** Tuesday, August 1, 2017 5:22 PM
**To:** Paul Rachmuth <paul@paresq.com>
**Cc:** Fritz, Maranda <Maranda.Fritz@thompsonhine.com>
**Subject:** RE: In_re_Bronson_-_Stip_Extending_Time_to_Object_to_Discharge

Paul,

Can you please advise your position.  Thanks.


**Barry M. Kazan** | Partner | **Thompson Hine LLP**
335 Madison Avenue, 12th Floor | New York, NY 10017
**Office:** 212.908.3921 | **Alternate:** 212.344.5680
**Fax:** 212.344.6101 | **Email:** Barry.Kazan@ThompsonHine.com
**Web:** http://www.ThompsonHine.com



---

**From:** Kazan, Barry
**Sent:** Friday, July 28, 2017 2:24 PM
**To:** 'paul@paresq.com'
**Cc:** Fritz, Maranda
**Subject:** In_re_Bronson_-_Stip_Extending_Time_to_Object_to_Discharge

Paul,

I am assisting Maranda Fritz in the Bronson case.  Please provide your consent for me to submit this to Judge Drain to be so ordered.  I would have reached out earlier, but we have been without power in our offices this week.

Thank you.

If there is any issue, please advise.


**Barry M. Kazan** | Partner | **Thompson Hine LLP**
335 Madison Avenue, 12th Floor | New York, NY 10017
**Office:** 212.908.3921 | **Alternate:** 212.344.5680
**Fax:** 212.344.6101 | **Email:** Barry.Kazan@ThompsonHine.com
**Web:** http://www.ThompsonHine.com

**** This message, including any and all attachments, is being sent by or on behalf of a lawyer. Unless otherwise agreed, it is not intended and should not be construed as an agreement to conduct transactions by electronic means. It is intended for the exclusive use of its intended recipient and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. Unless you are the intended recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part thereof. If you have received this message in error, please immediately notify the sender and delete all electronic files and discard any paper copies of the above message. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. Thank you for your compliance. **** IRS Circular 230 Disclaimer: To ensure compliance with IRS Circular 230, any U.S. federal tax advice provided in this communication is not intended or written to be used, and it can not be used by the recipient or any other taxpayer (I) for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer or (ii) in promoting, marketing or recommending to another party a partnership or other entity, investment plan, arrangement or other transaction addressed herein. This communication may not be forwarded (other than within the recipient to which it has been sent) without the express written consent of the sender. ****