UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | CASE NO: 16-23498-rdd |
|---|---|
| EDWARD J. BRONSON, | CHAPTER: 7 |
| DEBTOR. | |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned attorneys and firm hereby enter their appearance on behalf of creditors Mark Grober and Evan Solomon, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a), 4004, 4007, and 9007. All such notices should be transmitted and addressed to the undersigned as follows:

> Barry M. Kazan
> THOMPSON HINE LLP
> 335 Madison Avenue, 12th Floor
> New York, NY 10017
> (212) 344-5680 *Telephone*
> (212) 344-6101 *Facsimile*
> Barry.Kazan@ThompsonHine.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight delivery, telephone, email or otherwise, or made with regard to the referenced case or any proceedings herein.

1

Dated:  November 8, 2017            Respectfully submitted,

/s/ Barry M. Kazan
Barry M. Kazan
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
(212) 344-5680 *Telephone*
(212) 344-6101 *Facsimile*
Barry.Kazan@ThompsonHine.com

*Counsel for creditors*
*Mark Grober and Evan Solomon*