**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:

                                                      **Chapter 7**

**EDWARD JONATHAN BRONSON,**

                                                    **Case No. 16-23498 (RDD)**

                        **Debtor.**
-------------------------------------------------------X

<h2 align="center"><u>STIPULATION AND ORDER</u></h2>

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned that the

time within which the United States Trustee and Interim Trustee may file motions to dismiss

pursuant to 11 U.S.C. §707(a) and (b), and/or to object to discharge pursuant to 11 U.S.C. §727,

and/or to object to exemptions pursuant to Bankruptcy Rule 4003(b), is hereby extended from

January 30, 2018 to and including April 30, 2018, without prejudice to any further extension of

time that the United States Trustee and Interim Trustee may seek.

Dated: Tarrytown, New York
       January 3, 2018

                                           /s/ Mark S. Tulis
                                           Mark S. Tulis, Trustee
                                           220 White Plains Road, 2nd Floor
                                           Tarrytown, New York  10591
                                           (914) 747-4400

Dated: Rockville Centre, New York
       January 3, 2018

                                           /s/ Paul A. Rachmuth
                                           Paul A. Rachmuth, Esq.
                                           Attorney for Debtor
                                           265 Sunrise Highway, Suite 62
                                           Rockville Centre, New York 11570
                                           (516) 330-0170

So Ordered:

 /s/ Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Judge
Dated: White Plains, New York
       January 3, 2018