UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                    Chapter 7

EDWARD J. BRONSON,                       Case No. 16-23498 (RDD)

                Debtor.

------------------------------------------------------------X

## FIFTH STIPULATION EXTENDING TIME FOR THE AJW FUNDS TO OBJECT TO DISCHARGE AND/OR DISCHARGEABILITY

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel of record for the undersigned parties, that the time for the Joint Official Liquidators[1] of AJW Offshore, Ltd., AJW Master Fund, Ltd., AJW Offshore II, Ltd., and AJW Master Fund II, Ltd., and for AJW Qualified Partners, LLC, AJW Qualified Partners II, LLC, AJW Partners, LLC, AJW Partners II, LLC, New Millennium Capital Partners II, LLC, and New Millennium Capital Partners III, LLC (collectively, the "**AJW Funds**"), to object to discharge pursuant to 11 U.S.C. § 727, and/or the dischargeability of debts pursuant to 11 U.S.C. § 523, is hereby extended from January 30, 2018 to and including **April 30, 2018.** This stipulation is without prejudice to the AJW Funds' right to further extend such time, prior to the expiration

---

[1] The Joint Official Liquidators were appointed by the Grand Court of the Cayman Islands to wind up the affairs of Cayman-based AJW Offshore, Ltd., AJW Master Fund, Ltd., AJW Offshore II, Ltd., and AJW Master Fund II, Ltd. The Joint Official Liquidators also act on behalf of U.S.-based AJW Qualified Partners, LLC, AJW Qualified Partners II, LLC, AJW Partners, LLC, AJW Partners II, LLC, New Millennium Capital Partners II, LLC, and New Millennium Capital Partners III, LLC. The Original Joint Official Liquidators were Ian Stokoe and David Walker. Upon Mr. Stokoe's and Mr. Walker's retirement, Simon Conway and Jess Shakespeare, respectively, were appointed to replace them as Joint Official Liquidators.

of the deadline herein, by stipulation of the parties or by seeking such extension from the Bankruptcy Court.

STIPULATED AND AGREED:

| Dated: New York, New York | Dated: Rockville Centre, New York |
| --- | --- |
| January 9, 2018 | January 9, 2018 |

REID COLLINS AND TSAI LLP

*/s/ Yonah Jaffe*          */s/Paul A. Rachmuth*
Yonah Jaffe, Esq.           Paul A. Rachmuth
810 Seventh Avenue          265 Sunrise Highway, Ste. 62
New York, New York 10119    Rockville Centre, New York  11570
(212) 344-5200              (516) 330-0170
jgross@rctlegal.com         paul@paresq.com

*Counsel to the AJW Funds*   *Counsel to Edward J. Bronson*

**SO ORDERED:**

Dated: White Plains, New York
January 9, 2018

/s/ Robert D. Drain
Hon. Robert S. Drain, USBJ

2