# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: atavarez1 | Date Created: 6/13/2018 |
| Case: 16−23498−rdd | Form ID: 155new | Total: 47 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Evan Solomon
cr          Mark Grober
7183281     AJW Master Fund, Ltd.

                                                                                                                TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        USTPRegion02.NYECF@USDOJ.GOV
tr          Mark S. Tulis                mtulis.trustee@gmail.com
aty         Alan S. Maza                 mazaa@sec.gov
aty         Barry M. Kazan               Barry.Kazan@ThompsonHine.com
aty         Fred B. Ringel               fbr@robinsonbrog.com
aty         Jeffrey E. Gross             jgross@rctlegal.com
aty         Maranda E. Fritz             maranda.fritz@thompsonhine.com
aty         Mark S. Tulis                mtulis.trustee@gmail.com
aty         Paul A. Rachmuth             paul@paresq.com
aty         Richard L. Koral             richardlkoral@optonline.net
aty         Yonah Jaffe                  yjaffe@rctlegal.com

                                                                                                             TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Edward Jonathan Bronson      1275 Fairhills Dr      Ossining, NY 10562−1225
cr          Joint Official Liquidators of AJW Funds      c/o Reid Collins & Tsai LLP      810 Seventh Avenue      Suite 410      New York, NY 10019
aty         Tulis Wilkes Huff & Geiger LLP      220 White Plains Road      2nd Floor      Tarrytown, NY 10591
cr          US Securities and Exchange Commission      NY Regional Office      200 Vesey Street      Suite 400      New York, NY 10281
cr          Robinson Brog Leinwand Greene Genovese & Gluck P.C.      875 Third Avenue, 9th floor      New York, NY 10022
unk         Victor Halpert      100 Old Paradise Road      Apt. 2915      Fort Lee, NJ 07024
op          Victor Halpert      800 Palisade Avenue      Fort Lee, NJ 07024
smg         N.Y. State Unemployment Insurance Fund      P.O. Box 551      Albany, NY 12201−551
smg         New York State Tax Commission      Bankruptcy/Special Procedures Section      P.O. Box 5300      Albany, NY 12205−0300
smg         United States Attorney's Office      Southern District of New York      Attention: Tax & Bankruptcy Unit      86 Chambers Street, Third Floor      New York, NY 10007
7183282     AJW Master Fund II, Ltd.      c/o Reid Collins & Tsai      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, NY 10019
7183315     AJW Master Fund, Ltd.      c/o Reid Collins & Tsai      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, NY 10019
7183319     AJW Offshore II, Ltd.      c/o Reid Collins & Tsai      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, NY 10019
7183318     AJW Offshore, Ltd.      c/o Reid Collins & Tsai      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, NY 10019
7183321     AJW Partners II, LLC      c/o Reid Collins & Tsai      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, NY 10019
7183320     AJW Partners, LLC      c/o Reid Collins & Tsai      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, NY 10019
7183324     AJW Qualified Partners II, LLC      c/o Reid Collins & Tsai      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, NY 10019
7183323     AJW Qualified Partners, LLC      c/o Reid Collins & Tsai      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, NY 10019
7042503     Department of the Treasury      Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101−7346
7042818     Joint Official Liquidators of the AJW Funds      c/o Reid Collins & Tsai LLP      810 Seventh Avenue, Suite 410      New York, NY 10019
7042504     Mark Grober & Evan Solomon      c/o Thompson Hine LLP, Maranda Fritz, Es      335 Madison      New York, NY 10017
7042505     Morvillo & Abromowitz      565 5th Ave      New York, NY 10017
7183286     New Millennium Capital Partners II, LLC      c/o Reid Collins & Tsai      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, NY 10019
7183287     New Millennium Capital Partners III, LLC      c/o Reid Collins & Tsai      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, NY 10019
7042817     Reid Collins & Tsai LLP      810 Seventh Avenue, Suite 410      New York, NY 10019
7042502     Reid Collins & Tsai LLP      Attn: Jeffrey Gross      810 Seventh Avenue, Suite 410      New York, New York 10019
7064477     Robinson Brog Leinwand Greene Genovese & Gluck P.C      875 Third Avenue, 9th Floor      New York, NY 10022

| | | | | |
|---|---|---|---|---|
| 7042506 | Robinson Brog Leinwand Greene Genovese & Gluck P.C | Attn: FBR | 875 Third Avenue, 9th Floor    New York, NY 10022 | |
| 7042507 | Signature Bank | c/o Andrew Muller Platzer Swergold et al | 475 Park Avenue South, 18th Floor | New York, NY 10016 |
| 7050754 | THOMPSON HINE LLP | 335 Madison Avenue, 12th Floor | New York, NY 10017 | |
| 7051041 | U.S. SECURITIES AND EXCHANGE COMMISSION | Attn: Alan S. Maza, Esq. | 200 Vesey Street, Suite 400    New York, NY 10281 | |
| 7183033 | United States Securities and Exchange Commission | 200 Vesey Street | Suite 400 | New York, NY 10281 |
| 7090988 | Victor Halpert | 100 Old Paradise Road | Apt. 2915 | Fort Lee, NJ 07024 |

TOTAL: 33